Elizabeth K. Parks and William Parks, Respondents, v. The City of New York, Appellant.— From a judgment in favor of the plaintiff-wife for personal injuries suffered by reason of a defect in a sidewalk upon a public street, and in favor of her husband for medical expenses and loss of services, the defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Preferred Oil Company, Inc., Appellant, v. Ansonia Management Corp., Defendant, and Brierfield Operating Corporation, Respondent.— The plaintiff appeals from an order dismissing its complaint for failure to state a cause of action. Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to answer within ten days from the entry of the order hereon. The complaint sets forth a cause of action within the purview of the Bulk Sales Act. (Pers. Prop. Law, § 44.) The act should be liberally construed to protect the rights of creditors. Hagarty, Carswell and Adel, JJ., concur; Taylor and Close, JJ., dissent and vote to affirm the order.

The People of the State of New York, Respondent, v. Angelo Bianco, True Name Angelo Charles Bianco, Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crimes of burglary in the third degree, as a second offense, and petit larceny, unanimously affirmed. Appeal from the sentence dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Anthony Moschitta, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of bookmaking in violation of section 986, Penal Law, unanimously affirmed. No opinion. Appeal from orders denying a motion for a new trial and in arrest of judgment dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Nicholas Radzik, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Albert Ricci, Alias Albert Richie, Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crimes of burglary in the third degree, as a second offense, and petit larceny, unanimously affirmed. Appeal from the